UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter 13
        Case No.: 10-75779
        Judge: Steven W. Rhodes

**Timothy P. and Laurie A. Nemeth**
                             **Debtor(s)** /
**JAMES C. WARR & ASSOCIATES, LLC**
**James C. Warr (P47001)**
**Omar M. Badr (P70966)**
**Attorney for Debtor(s)**
**24500 Northwestern Hwy., Suite 205**
**Southfield, MI 48075**
**(248) 357-5860**
**attywarr@sbcglobal.net**

## REQUEST FOR MODIFICATION OF CHAPTER 13 PLAN

      THE DEBTORS, Timothy P. and Laurie A. Nemeth, by and through their attorneys, James C. Warr & Associates, LLC, hereby request and propose that this Court's previous Order Confirming Plan, entered and dated February 26, 2011, be amended in the following fashion:

1. That the Debtors shall contribute $7,000.00 from a wrongful death lawsuit settlement they recently became informed of (see attached Exhibit 6).

2. That the Debtors be allowed to retain the remaining proceeds of the wrongful death settlement ($52,574.18) because Mrs. Nemeth's hours of work have been dramatically cut due to injury (see attached Exhibits 6). The Debtors need these remaining funds to live on due to their decreased income. (The court will note that the Debtors have lost approximately $1,000.00 per month in income. The amount that the Debtors propose to retain ($52,574.18) corresponds to their monthly deficiency (more than $1,000.00) multiplied by the remaining months of their Plan (52).

3. That in all other respects the above-referenced Order Confirming Plan shall remain in full force and effect.


Respectfully submitted,


/s/James C. Warr
JAMES C. WARR (P47001)
OMAR M. BADR (P70966)
Attorney for Debtor(s)
24500 Northwestern Hwy., Suite 205
Southfield, MI 48075
(248) 357-5860
attywarr@sbcglobal.net

Dated: 10-26-2011



**MINDELL, MALIN, KUTINSKY, STONE & BLATNIKOFF**
Attorneys & Counselors*

BERNARD MINDELL
JEFFREY D. MALIN
BRIAN A. KUTINSKY
RANDALL I. STONE
ALAN G. BLATNIKOFF
GLENN H. OLIVER
JEFFREY D. MINDELL
MICHAEL A. CANNER
LOREN D. BLUM
ADAM P. PONTO

Of Counsel
PAUL A. ROSEN

Paralegal
DEBRA M. CHIELENS
NANCII B. RAKOTZ
MARY JO TOMSICK

Office Manager
AMY MINDELL

September 19, 2011

Mr. Tim Nemeth
9011 Leverne
Redford, MI 48239

Rose Mikek
9019 N. Baldwin Road
St. Louis, MI 48880

Dolores Nemeth
26731 Dover
Redford, MI 48239

   RE: **_Estate of Josephine Nemeth_**

Dear Ms. Mikek, Ms. Nemeth and Mr. Nemeth:

  Enclosed please find copies of the Petition for Authority to Settlement Wrongful Death Claim and for Distribution of Proceeds. You will see that the proposed proceeds are divided as $7,000.00 to Janet Nemeth and $59,574.18 to Timothy Nemeth. It is my understanding that you are aware of this and are in agreement with the same.

  You will also see you are asking for reimbursement of our costs in the amount of $138.73 and our attorney fee. You will also find enclosed our work-in-process report outlining out costs expended.

  Lastly, I am forwarding to each of you your respective waiver/consent. It has been completed and simply needs your signature where I have marked with a "X".

  Once we have this back we will be filing it with the Court and obtaining the a hearing date. You do not need to attend the hearing. Janet Nemeth, in her position as the Personal Representative of the Estate of Josephine Nemeth is the only one that must attend.

  I cannot get this filed with the Court until I receive the waiver/consent forms. I would therefore ask that you sign and return it to me immediately. I am enclosing a self-addressed, stamped envelope for your convenience.

Very truly yours,

Jeffrey D. Malin

JDM/lap
Encls.

25505
WEST TWELVE MILE
SUITE 1000
SOUTHFIELD
MICHIGAN
48034-1811

(248) 353-5595
TOLL-FREE
(800) 963-5595
FACSIMILE
(248) 948-6677

OFFICES IN:
MADISON HEIGHTS
WESTLAND
FLINT

www.mindellfirm.com
MINDELL & ASSOCIATES

B6I (Official Form 6I) (12/07)

In re *Timothy P. Nemeth and Laurie A. Nemeth*, Case No. *10-75779-swr*
**Debtor(s)** (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Receiver* | *Veterinary Assistant* |
| Name of Employer | *Kroger* | *Vet Select Hospital* |
| How Long Employed | *3 years* | *6 years* |
| Address of Employer | *Westland MI* | *Dearborn Heights MI* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,168.53 | $ 458.47 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,168.53 | $ 458.47 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 602.42 | $ 32.41 |
| b. Insurance | $ 134.68 | $ 0.00 |
| c. Union dues | $ 40.60 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 777.70 | $ 32.41 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,390.83 | $ 426.05 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 400.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 400.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,790.83 | $ 426.05 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 3,216.88 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| KYLE ANDERSON, M.D.<br>Sports Medicine<br>Arthroscopic Surgery<br>Shoulder and Elbow Replacement<br>DAVID J. COLLON, M.D.<br>Sports Medicine<br>Arthroscopic Surgery<br>THOMAS J. DITKOFF, M.D.<br>Pediatric Orthopaedics<br>Adult Reconstructive Surgery<br>Arthroscopy and Sports Injuries<br>PETER R. DONALDSON, M.D.<br>Sports Medicine<br>JEFFREY S. FISCHGRUND, M.D.<br>Disorders of the Spine<br>Disc and Stenosis Surgery<br>Reconstructive Surgery of the Neck and Back<br>HARRY N. HERKOWITZ, M.D.<br>Disorders of the Spine<br>Disc and Stenosis Surgery<br>Reconstructive Surgery of the Neck and Back<br>LAWRENCE T. KURZ, M.D.<br>Adult and Children's Spinal Disorders<br>Scoliosis<br>Reconstructive Surgery of the Neck and Back<br>JERRY A. MATLEN, M.D.<br>Adult Reconstructive Orthopaedic Surgery<br>Hip and Knee Joint Replacement<br>RACHEL S. ROHDE, M.D.<br>Orthopaedic Upper Extremity Surgery<br>Hand and Microvascular Surgery | **MICHIGAN ORTHOPAEDIC INSTITUTE, P.C.**<br><br>ORTHOPAEDIC SURGERY<br>&<br>PHYSICAL MEDICINE<br><br>26025 LAHSER ROAD, 2ND FLOOR<br>SOUTHFIELD, MICHIGAN 48033<br>Tel. (248) 663-1900  Fax (248) 663-1901<br><br>6900 ORCHARD LAKE ROAD, SUITE 103<br>WEST BLOOMFIELD, MICHIGAN 48322<br>Tel. (248) 855-7400  Fax (248) 626-6481 | JASON B. SADOWSKI, M.D.<br>Orthopaedic Traumatologist<br>GINO R. SESSA, M.D.<br>Physical Medicine & Rehabilitation<br>Electromyography & Electrodiagnosis<br>JEFFREY D. SHAPIRO, M.D.<br>Knee and Shoulder Surgery<br>Arthroscopic, Reconstructive and<br>Joint Replacement Surgery<br>Sports Medicine<br>PAUL S. SHAPIRO, M.D.<br>Hand and Upper Extremity Surgery<br>Shoulder Surgery<br>Microvascular Surgery<br>JAMES J. VERNER, M.D.<br>Total Joint Surgery of the Hip and Knee<br>Revision Hip and Knee Surgery<br>Minimally Invasive Hip and Knee Arthroplasty<br>SUSAN WEIR, M.D.<br>Physical Medicine & Rehabilitation<br>Electromyography & Electrodiagnosis<br><br>ED ROBERTS, PA<br>Office Administrator<br><br>MARTIN L. WEISSMAN, M.D.<br>Retired<br>KENNETH W. GITLIN, M.D.<br>Retired |

## PATIENT DISABILITY/WORK STATUS FORM

TO WHOM IT MAY CONCERN:

**Nemeth, Laurie A** _____ is under my professional care.

DIAGNOSIS: 722.4 - Cervical Disc Disease

### RECOMMENDED ACTIVITY/ WORK STATUS:

- [ ] No Activity (off work) _____ to _____
- [ ] Regular Work
- [ ] No Gym/Sports
- [ ] Disability Start Date: _____
- [x] Modified Activity: 08/10/11 to 08/17/11
  - [ ] R / L Arm/Hand work
  - [ ] Light Two Hand Work
  - [x] No Lifting Over 10 lbs
  - [ ] Avoid Repetitive Use of _____
  - [x] No Bending/Stooping
  - [ ] No Over Head Work ( L or R )
  - [ ] Sit / Stand Option
  - [ ] Sit Down Job
  - [ ] No Squatting or Kneeling
  - [ ] No Climbing Stairs/Ladders
- [ ] Other _____

Estimated / Effective Return to Activity Date: _____

Return Appointment: _____

_(PHYSICIAN SIGNATURE)_    08/10/11 (DATE)

ANY CROSS-OUTS, CORRECTED MISTAKES, ADDITIONS OR DELETIONS ON THIS SHEET INVALIDATES IT.

KYLE ANDERSON, M.D.
  Sports Medicine
  Arthroscopic Surgery
  Shoulder and Elbow Replacement
DAVID J. COLLON, M.D.
  Sports Medicine
  Arthroscopic Surgery
THOMAS J. DITKOFF, M.D.
  Pediatric Orthopaedics
  Adult Reconstructive Surgery
  Arthroscopy and Sports Injuries
PETER R. DONALDSON, M.D.
  Sports Medicine
JEFFREY S. FISCHGRUND, M.D.
  Disorders of the Spine
  Disc and Stenosis Surgery
  Reconstructive Surgery of the Neck and Back
HARRY N. HERKOWITZ, M.D.
  Disorders of the Spine
  Disc and Stenosis Surgery
  Reconstructive Surgery of the Neck and Back
LAWRENCE T. KURZ, M.D.
  Adult and Children's Spinal Disorders
  Scoliosis
  Reconstructive Surgery of the Neck and Back
JERRY A. MATLEN, M.D.
  Adult Reconstructive Orthopaedic Surgery
  Hip and Knee Joint Replacement
RACHEL S. ROHDE, M.D.
  Orthopaedic Upper Extremity Surgery
  Hand and Microvascular Surgery

**MICHIGAN ORTHOPAEDIC INSTITUTE, P.C.**

ORTHOPAEDIC SURGERY
&
PHYSICAL MEDICINE

26025 LAHSER ROAD, 2ND FLOOR
SOUTHFIELD, MICHIGAN 48033
Tel. (248) 683-1900 Fax (248) 683-1901

6900 ORCHARD LAKE ROAD, SUITE 103
WEST BLOOMFIELD, MICHIGAN 48322
Tel. (248) 855-7400 Fax (248) 626-6481

JASON B. SADOWSKI, M.D.
  Orthopaedic Traumatologist
GINO R. SESSA, M.D.
  Physical Medicine & Rehabilitation
  Electromyography & Electrodiagnosis
JEFFREY D. SHAPIRO, M.D.
  Knee and Shoulder Surgery
  Arthroscopic, Reconstructive and
  Joint Replacement Surgery
  Sports Medicine
PAUL S. SHAPIRO, M.D.
  Hand and Upper Extremity Surgery
  Shoulder Surgery
  Microvascular Surgery
JAMES J. VERNER, M.D.
  Total Joint Surgery of the Hip and Knee
  Revision Hip and Knee Surgery
  Minimally Invasive Hip and Knee Arthroplasty
SUSAN WEIR, M.D.
  Physical Medicine & Rehabilitation
  Electromyography & Electrodiagnosis

ED ROBERTS, PA
  Office Administrator

MARTIN L. WEISSMAN, M.D.
  Retired
KENNETH W. GITLIN, M.D.
  Retired

## PATIENT DISABILITY/WORK STATUS FORM

TO WHOM IT MAY CONCERN:

__Nemeth, Laurie A_____ is under my professional care.

DIAGNOSIS: _____

### RECOMMENDED ACTIVITY/ WORK STATUS:

[ ] No Activity (off work) _____ to _____   [ ] Regular Work   [ ] No Gym/Sports

[ ] Disability Start Date: _____

[✓] Modified Activity:
    __8/17/11__ to __8/26/11__

  [ ] R / L Arm/Hand work
  [ ] Light Two Hand Work
  [✓] No Lifting Over __10__ lbs
  [ ] Avoid Repetitive Use of _____
  [✓] No Bending/Stooping
  [ ] Other _____

  [ ] No Over Head Work ( L or R )
  [ ] Sit / Stand Option
  [ ] Sit Down Job
  [ ] No Squatting or Kneeling
  [ ] No Climbing Stairs/Ladders

Estimated / Effective Return to Activity Date: _____

Return Appointment: __8/26/11 Dr Weir__

_____
(PHYSICIAN SIGNATURE)

__8/17/11__
(DATE)

*ANY CROSS-OUTS, CORRECTED MISTAKES, ADDITIONS OR DELETIONS ON THIS SHEET INVALIDATES IT.*

KYLE ANDERSON, M.D.
  Sports Medicine
  Arthroscopic Surgery
  Shoulder and Elbow Replacement
DAVID J. COLLON, M.D.
  Sports Medicine
  Arthroscopic Surgery
THOMAS J. DITKOFF, M.D.
  Pediatric Orthopaedics
  Adult Reconstructive Surgery
  Arthroscopy and Sports Injuries
PETER R. DONALDSON, M.D.
  Sports Medicine
JEFFREY S. FISCHGRUND, M.D.
  Disorders of the Spine
  Disc and Stenosis Surgery
  Reconstructive Surgery of the Neck and Back
HARRY N. HERKOWITZ, M.D.
  Disorders of the Spine
  Disc and Stenosis Surgery
  Reconstructive Surgery of the Neck and Back
LAWRENCE T. KURZ, M.D.
  Adult and Children's Spinal Disorders
  Scoliosis
  Reconstructive Surgery of the Neck and Back
JERRY A. MATLEN, M.D.
  Adult Reconstructive Orthopaedic Surgery
  Hip and Knee Joint Replacement
RACHEL S. ROHDE, M.D.
  Orthopaedic Upper Extremity Surgery
  Hand and Microvascular Surgery

**MICHIGAN ORTHOPAEDIC INSTITUTE, P.C.**

ORTHOPAEDIC SURGERY
&
PHYSICAL MEDICINE

26025 LAHSER ROAD, 2ND FLOOR
SOUTHFIELD, MICHIGAN 48033
Tel. (248) 663-1900  Fax (248) 663-1901

6900 ORCHARD LAKE ROAD, SUITE 103
WEST BLOOMFIELD, MICHIGAN 48322
Tel. (248) 855-7400  Fax (248) 626-6481

JASON B. SADOWSKI, M.D.
  Orthopaedic Traumatologist
GINO R. SESSA, M.D.
  Physical Medicine & Rehabilitation
  Electromyography & Electrodiagnosis
JEFFREY D. SHAPIRO, M.D.
  Knee and Shoulder Surgery
  Arthroscopic, Reconstructive and
  Joint Replacement Surgery
  Sports Medicine
PAUL S. SHAPIRO, M.D.
  Hand and Upper Extremity Surgery
  Shoulder Surgery
  Microvascular Surgery
JAMES J. VERNER, M.D.
  Total Joint Surgery of the Hip and Knee
  Revision Hip and Knee Surgery
  Minimally Invasive Hip and Knee Arthroplasty
SUSAN WEIR, M.D.
  Physical Medicine & Rehabilitation
  Electromyography & Electrodiagnosis

ED ROBERTS, PA
  Office Administrator

MARTIN L. WEISSMAN, M.D.
  Retired
KENNETH W. GITLIN, M.D.
  Retired

## PATIENT DISABILITY/WORK STATUS FORM

TO WHOM IT MAY CONCERN:

Nemeth, Laurie A _____ is under my professional care.

DIAGNOSIS: **CONT SAME WORK RESTRICTIONS**

### RECOMMENDED ACTIVITY/ WORK STATUS:

- [ ] No Activity (off work) ___ to ___
- [ ] Regular Work
- [ ] No Gym/Sports
- [ ] Disability Start Date: ___
- [x] Modified Activity: 09/16/11 to 10/07/11
    - [ ] R / L Arm/Hand work
    - [ ] Light Two Hand Work
    - [x] No Lifting Over 10 lbs
    - [ ] Avoid Repetitive Use of ___
    - [x] No Bending/Stooping
    - [ ] No Over Head Work ( L or R )
    - [x] Sit / Stand Option
    - [ ] Sit Down Job
    - [ ] No Squatting or Kneeling
    - [ ] No Climbing Stairs/Ladders
- [ ] Other ___

Estimated / Effective Return to Activity Date: 10/08/11

Return Appointment: 10/07/11

_(signature)_
(PHYSICIAN SIGNATURE)                                 09/16/11
                                                       (DATE)

ANY CROSS-OUTS, CORRECTED MISTAKES, ADDITIONS OR DELETIONS ON THIS SHEET INVALIDATES IT.



**Michigan Orthopaedic Institute**
WWW.MOIMD.COM

26025 LAHSER ROAD, 2ND FLOOR
SOUTHFIELD, MICHIGAN 48033
Tel. (248) 663-1900  Fax (248) 663-1901

33200 WEST 14 MILE ROAD, SUITE 220
WEST BLOOMFIELD, MICHIGAN 48322
Tel. (248) 855-7400  Fax (248) 626-6481

## PATIENT DISABILITY/WORK STATUS FORM

TO WHOM IT MAY CONCERN:

Nemeth, Laurie A _____ is under my professional care.

DIAGNOSIS: 724.2 BACK PAIN

### RECOMMENDED ACTIVITY/ WORK STATUS:

☐ No Activity (off work) _____ to _____
☐ Regular Work
☐ No Gym/Sports
☐ Disability Start Date: _____
☑ Modified Activity: 10/7/11 to 10/28/11

- ☐ R / L Arm/Hand work
- ☐ Light Two Hand Work
- ☑ No Lifting Over 10 lbs
- ☐ Avoid Repetitive Use of _____
- ☑ No Bending/Stooping
- ☐ No Over Head Work ( L or R )
- ☑ Sit / Stand Option
- ☐ Sit Down Job
- ☐ No Squatting or Kneeling
- ☐ No Climbing Stairs/Ladders

☐ Other

Estimated / Effective Return to Activity Date: 10/29/11

Return Appointment: 10//28//11

(PHYSICIAN SIGNATURE)    10/07/2011 (DATE)

*ANY CROSS-OUTS, CORRECTED MISTAKES, ADDITIONS OR DELETIONS ON THIS SHEET INVALIDATES IT.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:   Chapter 13
Case No.: 10-75779
Judge: Steven W. Rhodes

**Timothy P. and Laurie A. Nemeth**
_____Debtor(s)____/

## NOTICE OF MOTION

The Debtor in the above-referenced case has filed a Request for Modification of Chapter 13 Plan with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the Motion/Request, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    | | |
    |---|---|
    | James C. Warr & Associates, LLC | Krispen S. Carroll |
    | 24500 Northwestern Hwy., Suite 205 | 719 Griswold, Suite 1100 |
    | Southfield, MI 48075 | Detroit, MI 48226 |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated:  10-26-2011                                    Signed: /s/James C. Warr
                                                                           JAMES C. WARR (P47001)
                                                                           OMAR M. BADR (P70966)
                                                                           Attorney for Debtor(s)
                                                                           24500 Northwestern Hwy., Suite 205
                                                                           Southfield, MI 48075
                                                                           (248) 357-5860
                                                                           attywarr@sbcglobal.net

[1] Response or answer must comply with F.R. Civ. P. 8 (b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No.: 10-75779 |
| Timothy P. and Laurie A. Nemeth | Judge: Steven W. Rhodes |
| _____Debtor(s)___/ | |

**JAMES C. WARR & ASSOCIATES, LLC**
**James C. Warr (P47001)**
**Omar M. Badr (P70966)**
**Attorney for Debtor(s)**
**24500 Northwestern Hwy., Suite 205**
**Southfield, MI 48075**
**(248) 357-5860**
**attywarr@sbcglobal.net**

### Proof of Service

     ERIKA R. HUNTER states that on the 31st day of October, 2011, she did serve a copy of the **Request for Modification of Chapter 13 Plan** and filed the Proof of Service with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

| | |
|---|---|
| United States Trustee | Krispen S. Carroll |
| 211 W. Fort St., Suite 700 | 719 Griswold, Suite 1100 |
| Detroit, MI 48226 | Detroit, MI 48226 |

and hereby certify that she has mailed by United States Postal Service the above-mentioned documents to the following non-ECF participants:

All parties on the attached Mailing Matrix.


| | |
|---|---|
|   October 31, 2011         |  /s/Erika R. Hunter        |
| **Date** | **Erika R. Hunter** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 10-75779-swr<br>Eastern District of Michigan<br>Detroit<br>Mon Oct 31 10:38:20 EDT 2011 | Ally Bank<br>PO Box 951<br>Horsham, PA 19044-0951 | Ally Financial Inc. f/k/a GMAC Inc.<br>Post Office Box 130424<br>Roseville, MN  55113-0004 |
| B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>Seattle, WA 98111-9221 | Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Bank of America<br>PO Box 15710<br>Willmington, DE 19886-5710 |
| Bank of America<br>PO Box 15726<br>Willmington, DE 19886-5726 | CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Community Fin. Members Fed. Credit Union<br>c/o Butler, Butler &<br>Rowse-Oberle PLLC<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080-1286 | Community Financial Members CU<br>P.O. Box 8050<br>Plymouth, MI  48170-8050 | Heather M. Dickow<br>P.O. Box 5041<br>Troy, MI 48007-5041 |
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Christopher E. Frank<br>117 W. 4th Street, Ste. 201<br>Royal Oak, MI 48067-3848 | Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | Huntington National Bank<br>P.O. Box 2059<br>Columbus, OH  43216-2059 |
| Kohls Payment Center<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Michigan Catholic C.U.<br>2001 W. Saginaw<br>Lansing, MI 48915-1362 | Laurie A. Nemeth<br>9011 Leverne<br>Redford, MI 48239-1891 |
| Timothy P. Nemeth<br>9011 Leverne<br>Redford, MI 48239-1891 | Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | The  Leduc Group<br>117 W. 4th Street, Ste 201<br>Royal Oak, MI 48067-3848 |
| James C. Warr<br>24500 Northwestern Hwy.<br>Suite 205<br>Southfield, MI 48075-2406 | Wells Fargo Home Mortgage<br>P.O. Box 6423<br>Carol Stream, IL 60197-6423 | Wells Fargo Home Mortgage Inc.<br>Payment Processing<br>MAC#x2302-04c<br>One Home Campus<br>Des Moines, IA 50328-0001 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Card
P.O. Box 15251
Wilmington, DE  19886-5251




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Community Financial Credit Union         (u)Michigan Catholic Credit Union          (u)Wells Fargo Bank, NA




End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32