Revised 05/08

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Timothy and Laurie Nemeth
**CASE NUMBER:** 10-75779

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

[ ] Add creditors to schedules(s) _____ . How many? _____
(Use second page of this form to list creditors added).

  [ ] **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ] Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[X] Other: (Please explain)
amend Schedules B, C and I

[X] **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ ] **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                     Please change to:

_____             _____
_____             _____
_____             _____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                     Please change to:

_____             _____
_____             _____
_____             _____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                     Please change to:

_____             _____
_____             _____
_____             _____


Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____
_____
_____


**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____
_____
_____

[redacted]

Signature: _____
/s/James C. Warr (P47001)
/s/Omar M. Badr (P70966)
James C. Warr & Associates, LLC
24500 Northwestern Hwy. Suite 205
Southfield, MI 48075
(248) 357-5860
attywarr@sbcglobal.net

Signature: _____
/s/Timothy Nemeth

Signature: _____
/s/Laurie Nemeth

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**STATEMENT OF AFFIRMATION BY DEBTOR(S)**

**CASE NAME:** Timothy and Laurie Nemeth
**CASE NUMBER:** 10-75779

**AFFIRMATION BY DEBTOR(S)**

I /We do hereby swear and affirm under penalty of perjury that I/we have read the foregoing form and pleadings and attachments thereto and do hereby swear and affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: _____
/s/Timothy Nemeth

Signature: _____
/s/Laurie Nemeth

Dated: 10-30-11

B6B (Official Form 6B) (12/07)

In re __Timothy P. Nemeth and Laurie A. Nemeth__  Case No. __10-75779-swr__
      Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America (Checking) Location: In debtor's possession | J | $ 1,285.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 TVs Location: In debtor's possession | J | $ 400.00 |
| | | Computer Location: In debtor's possession | J | $ 300.00 |
| | | DVD Player Location: In debtor's possession | J | $ 90.00 |
| | | Furniture Location: In debtor's possession | J | $ 1,500.00 |
| | | Other Household Goods Location: In debtor's possession | J | $ 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing Location: In debtor's possession | J | $ 500.00 |

Page ___1___ of ___4___

In re  Timothy P. Nemeth and Laurie A. Nemeth  Case No. 10-75779-swr
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Jewelry (Husband) Location: In debtor's possession | H | $ 100.00 |
| | | Jewelry (Wife) Location: In debtor's possession | W | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Location: In debtor's possession | H | $ 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | UFCW Pension Location: In debtor's possession | H | $ 1.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Page  2  of  4

In re **Timothy P. Nemeth and Laurie A. Nemeth**
Debtor(s)

Case No. **10-75779-swr** (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Wrongful death proceeds<br>Location: In debtor's possession | H | $ 59,574.18 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2003 Chevrolet Monte Carlo<br>Location: In debtor's possession | W | $ 4,100.00 |
| | | 2009 Chevrolet Cobalt<br>Location: In debtor's possession | H | $ 9,375.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Page 3 of 4

In re <u>Timothy P. Nemeth and Laurie A. Nemeth</u>,  Case No. <u>10-75779-swr</u>
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page 4 of 4

Total → $ 77,526.18

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Timothy P. Nemeth and Laurie A. Nemeth**  
                Debtor(s)

Case No. **10-75779-swr**  
(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*  
(Check one box)  
☒ 11 U.S.C. § 522(b) (2)  
☐ 11 U.S.C. § 522(b) (3)

| Description of Property **Claimed By Husband** | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 6990 Town Lane, Dearborn, MI 48127 | 11 USC 522(d)(5) | $ 6,000.00 | $ 12,000.00 |
| Bank of America (Checking) | 11 USC 522(d)(5) | $ 642.50 | $ 1,285.00 |
| 2 TVs | 11 USC 522(d)(3) | $ 200.00 | $ 400.00 |
| Computer | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| DVD Player | 11 USC 522(d)(3) | $ 45.00 | $ 90.00 |
| Furniture | 11 USC 522(d)(3) | $ 750.00 | $ 1,500.00 |
| Other Household Goods | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| Clothing | 11 USC 522(d)(3) | $ 250.00 | $ 500.00 |
| Jewelry (Husband) | 11 USC 522(d)(4) | $ 100.00 | $ 100.00 |
| Term Life Insurance | 11 USC 522(d)(8) <br> 11 USC 522(d)(7) | $ 1.00 <br> $ 1.00 | $ 1.00 |
| UFCW Pension | 11 USC 522(d)(10)(E) | $ 1.00 | $ 1.00 |
| Wrongful death proceeds | 11 USC 522(d)(5) | $ 5,332.50 | $ 59,574.18 |

Page No. 1 of 2

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Timothy P. Nemeth and Laurie A. Nemeth_ Case No. _10-75779-swr_
Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| 6990 Town Lane, Dearborn, MI 48127 | 11 USC 522(d)(5) | $ 6,000.00 | $ 12,000.00 |
| Bank of America (Checking) | 11 USC 522(d)(5) | $ 642.50 | $ 1,285.00 |
| 2 TVs | 11 USC 522(d)(3) | $ 200.00 | $ 400.00 |
| Computer | 11 USC 522(d)(3) | $ 150.00 | $ 300.00 |
| DVD Player | 11 USC 522(d)(3) | $ 45.00 | $ 90.00 |
| Furniture | 11 USC 522(d)(3) | $ 750.00 | $ 1,500.00 |
| Other Household Goods | 11 USC 522(d)(3) | $ 100.00 | $ 200.00 |
| Clothing | 11 USC 522(d)(3) | $ 250.00 | $ 500.00 |
| Jewelry (Wife) | 11 USC 522(d)(4) | $ 100.00 | $ 100.00 |

Page No. _2_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6I (Official Form 6I) (12/07)

In re _Timothy P. Nemeth and Laurie A. Nemeth_  Case No. _10-75779-swr_
    **Debtor(s)**                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Receiver_ | _Veterinary Assistant_ |
| Name of Employer | _Kroger_ | _Vet Select Hospital_ |
| How Long Employed | _3 years_ | _6 years_ |
| Address of Employer | _Westland MI_ | _Dearborn Heights MI_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,168.53 | $ 458.47 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,168.53 | $ 458.47 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 602.42 | $ 32.41 |
| b. Insurance | $ 134.68 | $ 0.00 |
| c. Union dues | $ 40.60 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 777.70 | $ 32.41 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,390.83 | $ 426.05 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 400.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 400.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,790.83 | $ 426.05 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 3,216.88 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. _1_ of _1_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No.: 10-75779 |
| **Timothy P. and Laurie A. Nemeth** | **Judge: Steven W. Rhodes** |
| **Debtor(s)    /** | |

**JAMES C. WARR & ASSOCIATES, LLC**
**James C. Warr (P47001)**
**Omar M. Badr (P70966)**
**Attorney for Debtor(s)**
**24500 Northwestern Hwy., Suite 205**
**Southfield, MI  48075**
**(248) 357-5860**
**attywarr@sbcglobal.net**

## Proof of Service

ERIKA R. HUNTER states that on the 31st day of October, 2011, she did serve a copy of the **Cover Sheet for Amendments (with amended Schedules B, C and I attached**) and filed the Proof of Service with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

| | |
|---|---|
| United States Trustee | Krispen S. Carroll |
| 211 W. Fort St., Suite 700 | 719 Griswold, Suite 1100 |
| Detroit, MI 48226 | Detroit, MI 48226 |

| | |
|---|---|
|   October 31, 2011           | /s/Erika R. Hunter           |
| **Date** | **Erika R. Hunter** |